# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| American Medical Association, et al., | ) |
| Plaintiffs, | ) **ORDER FOR MID-DISCOVERY** ) **STATUS CONFERENCE** |
| vs. | ) |
| Wayne Stenehjem, et al., | ) |
| Defendants. | ) Case No. 1:19-cv-125 |

**IT IS ORDERED:**

A mid-discovery status conference will be held before the magistrate judge on December 17, 2019, at 10:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 22nd day of August, 2019.

>  */s/ Clare R. Hochhalter*
>  Clare R. Hochhalter, Magistrate Judge
>  United States District Court