# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| American Medical Association, on behalf of itself and its members, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Wayne Stenehjem, in his official capacity as Attorney General for the State of North Dakota, et al.,<br><br>Defendants. | **ORDER DENYING MOTION FOR DISCOVERY**<br><br><br><br>Case No.: 1:19-cv-125 |

Before the Court is a Motion for an Order Compelling Production of Documents filed by Intervenors Dakota Hope Clinic, David Billings, M.D., Women's Pregnancy Center, Inc., Eric Pearson, M.D., North Dakota Physicians for Truth and Accuracy for Informed Consent, and the National Institute of Family and Life (Doc. No. 146). At issue are Intervenors' document requests and interrogatories seeking the names of North Dakota licensed physicians who were members of the AMA in 2019 and 2020. As articulated during today's status conference, the Court finds that the information sought in these requests is not relevant to the defense; not relevant and not proportional to the needs of the case; and, that the burden of producing such information outweighs the likely benefit. See Fed. R. Civ. P. 26(b)(1). As such, Intervenors' Motion for Discovery (Doc. No. 146) is **DENIED**.

**IT IS SO ORDERED.**

Dated this 10th day of June, 2020.

　　　　　　　　　　　　　　　　　　　　*/s/ Clare R. Hochhalter*
　　　　　　　　　　　　　　　　　　　　Clare R. Hochhalter
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge