# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| American Medical Association, on behalf of itself and its members, et al., | ) ) ) |
| Plaintiffs, | ) **ORDER RE: MOTION FOR** ) **PROTECTIVE ORDER** ) |
| vs. | ) ) |
| Wayne Stenehjem, in his official capacity as Attorney General for the State of North Dakota, et al., | ) ) ) Case No.: 1:19-cv-125 ) ) |
| Defendants. | ) |

___

As articulated during today's status call, any party wishing to file a response to Plaintiffs' Revised Proposed Protective Order (Doc. No. 166-2) must do so by June 22, 2020. The Motions for Hearing on the issue of the Protective Order (Doc. Nos. 136, 138, and 145) are **DENIED**.

**IT IS SO ORDERED.**

Dated this 10th day of June, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter
United States Magistrate Judge

1