# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| American Medical Association, on behalf of itself and its members, et al., ) ) ) Plaintiffs, ) ) vs. ) ) Wayne Stenehjem, in his official capacity as Attorney General for the State of North Dakota, et al., ) ) ) ) ) Defendants. ) | **ORDER** <br><br><br><br><br><br><br><br> Case No.: 1:19-cv-125 |

The Court's June 10th Order (Doc. No. 171) is **VACATED**, as the reference to Intervenors' May 28th, 2020 Motion for Discovery (Doc. No. 146) was erroneous. Accordingly, Intervenors' motion (Doc. No. 146) is again pending before the Court, and responses are due within fourteen (14) days of the date of this order.

As stated at the conference, the Court finds that Intervenors' document requests and interrogatories seeking the names of North Dakota licensed physicians who were members of the AMA in 2019 and 2020 is not relevant to the defense; not relevant and not proportional to the needs of the case; and, that the burden of producing such information outweighs the likely benefit. See Fed. R. Civ. P. 26(b)(1). See also Fed. R. Civ. P. 16(c)(2)(F),(P). The Court **ORDERS** that these document requests and interrogatories be stricken.

**IT IS SO ORDERED.**

Dated this 11th day of June, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter
United States Magistrate Judge

1