## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| American Medical Association et al., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER GRANT MOTION TO AMEND** |
| | ) | **SCHEDULING ORDER** |
| vs. | ) | |
| | ) | |
| Wayne Stenehjem et al., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | Case No. 1:19-cv-125 |
| Dakota Hope Clinic et al., | ) | |
| | ) | |
| Defendants-Intervenors. | ) | |

Before the court is an Unopposed Motion to Amend the Scheduling Order filed by the parties on December 21, 2020. The court **GRANTS** the motion (Doc. No. 204) and **AMENDS** the pretrial deadlines as follows:

1. All discovery motions relating to written discovery shall be filed by January 29, 2021.

2. All fact witness depositions shall be completed by March 12, 2021.

3. All expert witness reports shall be served as follows:

    a. April 13, 2021, for Plaintiffs;

    b. May 11, 2021 for Defendants and all Intervenors;

    c. June 1, 2021, for all Plaintiffs' rebuttal reports; and

    d. June 22, 2021, for all Defendants and all Intervenors' sur-rebuttal reports.

5. All dispositive motions (e.g. summary judgment) shall be filed by September 28, 2021.

**IT IS SO ORDERED.**

Dated this 21st day of December, 2020.

                                                    */s/ Clare R. Hochhalter*
                                                    Clare R. Hochhalter, Magistrate Judge
                                                    United States District Court