IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| AMERICAN MEDICAL ASSOCIATION et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DREW H. WRIGLEY et al.,<br><br>Defendants,<br><br>and<br><br>DAKOTA HOPE CLINIC, et al.,<br><br>Intervenors. | CASE NO. 1:19-cv-00125-DLH-CRH |

## JOINT STATUS REPORT

The American Medical Association, Access Independent Health Services, Inc. *d/b/a* Red River Women's Clinic, and Dr. Kathryn L. Eggleston (collectively, "Plaintiffs"); Drew H. Wrigley ("Defendant"); and Dakota Hope Clinic, Women's Pregnancy Center, National Institute of Family and Life Advocates, North Dakota Physicians for Truth and Accuracy for Informed Consent, Dr. David Billings, Dr. Eric Pearson, and Heartbeat International, Inc. ("Intervenors") (together with Plaintiffs and Defendants, the "Parties") jointly file this status report. The Parties state as follows:

1. On March 10, 2022, Defendant Wrigley and Intervenor Heartbeat International, Inc. ("Heartbeat International") filed Defendants' Unopposed Motion to Stay Expert Discovery and Memorandum in Support [ECF No. 306]. In the Motion, Defendant and Heartbeat International requested that the Court issue an order staying the expert discovery process pending a decision from the United States Supreme Court in *Dobbs v. Jackson Women's Health*

1

*Organization*, 141 S. Ct. 2619 (argued December 1, 2021) due to its potential impact on this case. Plaintiffs and the other Intervenors did not oppose the Motion.

2. On March 25, 2022, the Court issued an Order granting the Motion [ECF No. 308]. In the Order, the Court stayed the expert discovery deadlines and directed the parties to submit a status report to the Court within ninety (90) days of the Order [*Id.*].

3. On June 23, 2022, the Parties filed a joint status report updating the Court that the U.S. Supreme Court had not yet issued a decision in *Dobbs* [ECF No. 312]. The Parties stated that they would submit a supplemental status report within thirty (30) days of the Supreme Court's decision [*Id.*].

4. On June 24, 2022, the U.S. Supreme Court issued an opinion in *Dobbs*.

5. On June 28, 2022, Defendant Wrigley wrote to the legislative council and asserted that the preconditions for enforcement of N.D.C.C. § 12.1-31-12 have been satisfied. Defendant Wrigley also asserted that the law shall be given its full effect on July 28, 2022.

6. On July 7, 2022, Plaintiffs Access Independent Health Services, Inc. and Dr. Kathryn Eggleston filed a lawsuit in Burleigh County District Court challenging Wrigley's certification and N.D.C.C. § 12.1-31-12. *See Access Indep. Health Servs., Inc. et al. v. Wrigley et al.*, No. 08-2022-CV-01608 (N.D. Dist. Ct., Burleigh Cty. 2022). The lawsuit is ongoing.

7. The Parties are conferring about the impact that the state court lawsuit has on this case. In the meantime, the Parties believe that the stay should remain in place.

Dated: July 25, 2022

Respectfully submitted,

/s/ *Benjamin E. Marks*

Benjamin E. Marks
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
benjamin.marks@weil.com
(212) 310-8000

Lauren Alexander
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
lauren.alexander@weil.com
(305) 577-3100

Leonard A. Nelson*
Office of General Counsel
AMERICAN MEDICAL ASSOCIATION
330 N. Wabash Avenue
Chicago, IL 60611
leonard.nelson@ama-assn.org

*Counsel for Plaintiff American Medical Association*

Molly Duane*
Autumn Katz*
Gail Deady*
Jiaman Wang*
Meetra Mehdizadeh*
CENTER FOR REPRODUCTIVE RIGHTS
199 Water Street, 22nd Floor
New York, New York 10038
mduane@reprorights.org
akatz@reprorights.org
gdeady@reprorights.org
awang@reprorights.org
mmehdizadeh@reprorights.org
(917) 637-3631

Marc Hearron*
CENTER FOR REPRODUCTIVE RIGHTS
1634 Eye Street, NW, Suite 600
Washington, DC 20006
mhearron@reprorights.org
(202) 524-5539

Thomas A. Dickson
DICKSON LAW OFFICE
1715 Burnt Boat Drive, Madison Suite
P.O. Box 1896
Bismarck, North Dakota 58502
tdickson@dicksonlaw.com
(701) 222-4400

*Counsel for All Plaintiffs*


State of North Dakota
Drew H. Wrigley
Attorney General

/s/ *Matthew A. Sagsveen*
Matthew A. Sagsveen, ND Bar No. 05613
Courtney R. Titus, ND Bar No. 08810
OFFICE OF THE NORTH DAKOTA
ATTORNEY GENERAL
500 North 9th Street
Bismarck, ND 58501
(701) 328-3640
masagsve@nd.gov

*Attorneys for Defendant Drew H. Wrigley,
in his official capacity as Attorney General
for the State of North Dakota*

4

/s/ *Kevin H. Theriot*
Kevin H. Theriot\*
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
ktheriot@ADFlegal.org
sgreen@ADFlegal.org
480-444-0020

Denise M. Harle\*
ALLIANCE DEFENDNG FREEDOM
1000 Hurricane Shoals Rd. NE,
Suite D-1100
Lawrenceville, Georgia 30043
dharle@ADFlegal.org
(770) 339-0774

Danielle M. White\*
HEARTBEAT INTERNATIONAL, INC.
5000 Arlington Centre Blvd., Suite 2277
Columbus, Ohio 43220
dwhite@heartbeatinternational.org
(614) 885-7577

*Counsel for Defendant-Intervenor Heartbeat International, Inc.*

/s/ *Harold J. Cassidy*
Harold J. Cassidy\*
Joseph R. Zakhary\*
Thomas J. Viggiano, III\*
THE CASSIDY LAW FIRM, LLC
750 Broad Street, Suite 3
Shrewsbury, NJ 07702
hjc@haroldcassidy.com
jrz@theCassidyLawFirm.com
tjv@haroldcassidy.com
Tel. (732) 747-3999
Fax. (732) 747-3944

Don R. Grande
DON R. GRANDE, P.C.
820 34th Avenue E, Ste. 200
West Fargo, ND 58078
don@dongrandelaw.com
Tel. (701) 365-8088
Fax. (877) 678-5051

...

*Counsel for Intervenors, Dakota Hope Clinic, David Billings, M.D., Women's Pregnancy Center, Inc., Eric Pearson, M.D., North Dakota Physicians for Truth and Accuracy for Informed Consent, and National Institute of Family and Life Advocates*

\*Admitted *pro hac vice*.