IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| AMERICAN MEDICAL ASSOCIATION et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DREW H. WRIGLEY et al.,<br><br>Defendants,<br><br>and<br><br>DAKOTA HOPE CLINIC, et al.,<br><br>Intervenors. | CASE NO. 1:19-cv-00125-DLH-CRH |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiffs, Defendants, and Intervenors as follows:

1. The parties agree to the dissolution of the preliminary injunction entered on September 10, 2019, and to the dismissal of Plaintiffs' complaint without prejudice.

2. Each party shall bear its own costs and attorney fees.

3. This Stipulation of Dismissal shall be binding on all parties and their employees, agents, and successors.

Dated:   October 12, 2023

*/s/ Benjamin E. Marks*
Benjamin E. Marks
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
benjamin.marks@weil.com
(212) 310-8000

Molly Duane*
Autumn Katz*
Gail Deady*
Jiaman Wang*
Meetra Mehdizadeh*
CENTER FOR REPRODUCTIVE RIGHTS
199 Water Street, 22nd Floor
New York, New York 10038
mduane@reprorights.org
akatz@reprorights.org
gdeady@reprorights.org
awang@reprorights.org
mmehdizadeh@reprorights.org
(917) 637-3631

Marc Hearron*
CENTER FOR REPRODUCTIVE RIGHTS
1634 Eye Street, NW, Suite 600
Washington, DC 20006
mhearron@reprorights.org
(202) 524-5539

Thomas A. Dickson
DICKSON LAW OFFICE
1715 Burnt Boat Drive, Madison Suite
P.O. Box 1896
Bismarck, North Dakota 58502
tdickson@dicksonlaw.com
(701) 222-4400

*Counsel for All Plaintiffs*


Leonard A. Nelson*
Office of General Counsel
AMERICAN MEDICAL ASSOCIATION
330 N. Wabash Avenue
Chicago, IL 60611
leonard.nelson@ama-assn.org

*Counsel for Plaintiff American Medical Association*

2

State of North Dakota
Drew H. Wrigley
Attorney General

/s/ Matthew A. Sagsveen
Matthew A. Sagsveen, ND Bar No. 05613
Courtney R. Titus, ND Bar No. 08810
OFFICE OF THE NORTH DAKOTA
ATTORNEY GENERAL
500 North 9th Street
Bismarck, ND 58501
(701) 328-3640
masagsve@nd.gov

*Attorneys for Defendant Drew H. Wrigley,
in his official capacity as Attorney General
for the State of North Dakota*

/s/ Scott K. Porsborg
Scott K. Porsborg (ND Bar ID #04904)
sporsborg@smithporsborg.com
Cass County Special Assistant State's Attorney
122 East Broadway Avenue
P.O. Box 460
Bismarck, ND 58502-0460
(701) 258-0630

*Attorney for Defendant, Kimberlee Hegvik, in her
official capacity as State Attorney for Cass County,
as well as their employees, agents, and successors*

/s/ Kevin H. Theriot
Kevin H. Theriot*
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
ktheriot@ADFlegal.org
480-444-0020

Danielle M. White*
HEARTBEAT INTERNATIONAL, INC.
5000 Arlington Centre Blvd., Suite 2277
Columbus, Ohio 43220
dwhite@heartbeatinternational.org
(614) 885-7577

*Counsel for Defendant-Intervenor Heartbeat International, Inc.*

*Harold J. Cassidy**
Harold J. Cassidy*
Joseph R. Zakhary*
Thomas J. Viggiano, III*
THE CASSIDY LAW FIRM, LLC
750 Broad Street, Suite 3
Shrewsbury, NJ 07702
hjc@haroldcassidy.com
jrz@theCassidyLawFirm.com
tjv@haroldcassidy.com
Tel. (732) 747-3999
Fax. (732) 747-3944

Don R. Grande
DON R. GRANDE, P.C.
820 34th Avenue E, Ste. 200
West Fargo, ND 58078
don@dongrandelaw.com
Tel. (701) 365-8088
Fax. (877) 678-5051

*Counsel for Intervenors, Dakota Hope Clinic, David Billings, M.D., Women's Pregnancy Center, Inc., Eric Pearson, M.D., North Dakota Physicians for Truth and Accuracy for Informed Consent, and National Institute of Family and Life Advocates*

*Admitted *pro hac vice*